UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:12-CV-00193-BR

| ANTHONY L. MCNAIR, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| IRVING JOYNER, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on plaintiff's *pro se* motion "for protection and speedy." As best as the court can discern, plaintiff requests that the court order that he be placed in "witness protection" from the City of Rocky Mount and Greenville Police Department officers. The court has no power to direct that plaintiff be placed in witness protection. See 18 U.S.C. § 3521 (the Attorney General determines whether to provide protection for a witness or potential witness in an official proceeding concerning an organized crime or other serious offense). Plaintiff's motion is DENIED.

    This 30 October 2012.

                                                                    W. Earl Britt
                                                                   Senior U.S. District Judge