AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. MCNAIR,<br>    Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>)   **JUDGMENT IN A CIVIL CASE** |
| IRVING JOYNER,<br>    Defendant. | )   **CASE NO. 4:12-CV-193-BR**<br>) |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that Plaintiff's Objections to the Memorandum and Recommendations is OVERRULED, and the Court adopts the Memorandum and Recommendations on its own. This case is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JUNE 14, 2013** WITH A COPY TO:

Anthony L. McNair, Pro Se (Via USPS to 1228 Hill Street, Rocky Mount, NC 27801)\
Irving Joyner, Pro Se (Via USPS to P.O. Box 374, Cary, NC 27512)


| | |
|---|---|
| June 14, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |